

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2021

No. 04-21-00312-CV

**IN THE INTEREST OF K.S.G.H. AND K.R.H.**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02157
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal from an order terminating Appellant B.H.'s parental rights. On August 19, 2021, we issued an order explaining that from our review of the clerk's record, it appeared Appellant B.H.'s notice of appeal was not timely filed. The clerk's record shows the Order of Termination was signed by the trial court on June 12, 2021. Because this is an accelerated appeal, the notice of appeal was due on July 2, 2021. *See* TEX. R. APP. P. 26.1(b); TEX. FAM. CODE § 263.405. The clerk's record reflects that Appellant B.H. did not file a notice of appeal until July 28, 2021. Thus, we ordered Appellant B.H. to show cause why this appeal should not be dismissed for lack of jurisdiction.

In response, Appellant B.H. has filed written proof that he e-filed his notice of appeal with the trial court clerk on June 28, 2021, but his notice of appeal was improperly rejected by the trial court clerk. Appellant B.H.'s notice of appeal was thus timely filed, and we have jurisdiction over this appeal. *See Jamar v. Patterson*, 868 S.W.2d 318, 319 (Tex. 1993).

We reinstate appellate deadlines. The clerk's records and reporter's records have been filed. We ORDER Appellant B.H. to file his brief on or before **October 14, 2021.**

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court